



FILED

SEP 0 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>INFORMATION ASSOCIATED WITH CELLULAR TELEPHONE ASSIGNED CALL NUMBERS: 909-275-6576, 909-275-6834, 626-252-3193 | CASE NO. 2:14-SW-368 KJN<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: Sept 5, 2014

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1